IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

CA 05-64 E

JOHN DUNMIRE

    V.

CAPT.DEPASQUAL,ET AL

MOTION FOR LEAVE TO AMEND COMPLAINT

AND NOW,this 15th day of July 2005 comes the plaintiff,John Dunmire,in propria personam,who moves this Court for leave to amend the complaint and specifically add two additional defendants and in support thereof respectfully represents:

    1.On June 2nd 2005 this Court ordered that the complaint be served upon the originally named defendants.

    2.Since that ORDER plaintiff has learned that there were two additional individuals who were directly responsible for giving the order to strip search inmates in the yard which is the crux of plaintiff's claims in this action.Plaintiff contends that these two individuals bear direct responsibility for the orders and should be added as defendants.

    3.The individuals that plaintiff seeks to add as defendants are;Deputy Superintendent Michael Harlow who was acting in the absence of the superintendent and Major Giddens who is major of the Guard for security.

    WHEREFORE,Plaintiff prays this Court to grant him leave to amend the complaint specifically to add two defendants,Deputy Superintendent Michael Harlow and Major Giddens as defendants in the above captioned matter.

                            Respectfully Submiited,

                            John Dunmire,Plaintiff

CA 05-64 E

## CERTIFICATE OF SERVICE

I,Do hereby certify that I have served a true and correct copy of the foregoing by placig same in the US Mail,first class postage paid and addressed as follows:

Marilyn S. Brooks
10745 Rt. 18
Albion,Pa.16475-0001


Capt.DePasqual
10745 Rt. 18
Albion,Pa.16475-0001

PA.Dept.of Corrections
P.O.Box 598
Camp Hill,Pa.17001-0598

Respectfully Submitted,


John Dunmire,Plaintiff
10745 Rt. 18
Albion,Pa. 16475-0002

Date: 7/15/05