IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DUNMIRE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-64E |
| | : Judge Sean J. McLaughlin |
| CAPTAIN DEPASQUA, MARILYN | : Magistrate Judge Susan Paradise Baxter |
| S. BROOKS, and PENNSYLVANIA | : |
| DEPARTMENT OF CORRECTIONS, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCE

TO:   Clerk, United States District Court
        for the Western District of Pennsylvania

Kindly enter my appearance as counsel on behalf of Defendants Captain DePasqua, Marilyn S. Brooks and Pennsylvania Department of Corrections in the above-captioned matter.

        Respectfully submitted,

        THOMAS W. CORBETT JR.,
        Attorney General

By: /s/ Rodney M. Torbic
      RODNEY M. TORBIC
      Senior Deputy Attorney General
      PA I.D. # 66089

      Susan J. Forney
      Chief Deputy Attorney General
      Chief, Litigation Section

OFFICE OF ATTORNEY GENERAL
6th Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2005, I electronically filed the foregoing *Entry of Appearance* with the Clerk of Court using the CM/ECF system. And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:

John Dunmire, CL-4931
SCI-Albion
10745 Route 18
Albion, PA 16475-0001

By: /s/ Rodney M. Torbic
RODNEY M. TORBIC
Senior Deputy Attorney General

OFFICE OF ATTORNEY GENERAL
564 Forbes Avenue, Manor Complex
Pittsburgh, PA 15219
(412) 565-5696 phone
(412) 565-3028 fax

Date: July 26, 2005