IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JOHN DUNMIRE

   V.                                                           NO. 05-64

CAPT.DEPASQUAL,ET AL


MOTION FOR LEAVE TO AMEND COMPLAINT

AND NOW,COMES John Dunmire,the plaintiff in propria personam who moves this Court for an order granting him leave to amend the complaint in the above captioned matter,specifically to add an additional two defendants and in support thereof does respectfully represent:

    1.Plaintiff had previously filed a motion for leave to amend the complaint which this Court deemed as moot because at that time service had not yet been made upon the defendants and as such the Court directed plaintiff to file an amended complaint with the clerk together with a certificate of service noting that he had served the defendants with the amended complaint.

    2.Plaintiff has now received a notice of appearance on behalf of the defendants by the Attorney General of Pennsylvania and as such indicates that the defendants have now been served with the complaint.

    3.Plaintiff was unable to file and serve an amended complaint prior to the service of the original complaint upon the defendants and as a result,plaintiff now requires an ORDER granting leave to file and serve an amended complaint to add two additional defendants who were directly responsible for the actions alleged in the original complaint.

    WHEREFORE,Plaintiff prays this Court to grant leave to amend the complaint to add two additional defendants in the above captioned matter.


                                      Respectfully Submitted,

                                      *[signature]*

                                      John Dunmire,Plaintiff


                    Date: 7/28/05