FROM: John Dunmire
# CN4131
Unit D/B
10745 RT 18
Albion PA 16475-0002

To: Erie County Clerk of Courts

RE: Order to Initiate In Forma Pauperis Payments

C.A. No: 05-64 Erie

On April 8, 2005 this court issued a order to grant me leave to proceede In Forma Pauperis on case #05-64. I filed, in a timely fasion, an Authorization for a 20% deduction, per month, from my pay to pay for the $150.00 fileing fee. I have checked my monthly statements for the last 3 months and have found no deductions have been made. Further more I checked my files and found I have not recieved an order from this court to initiate payment.

I would like to formerly petition this court that if an order to initiate payment has been issued a copy be made and sent to me so I may start payments promptly. If an order has not been issued, I formerly petition one be made so prompt payment can begin.

Thank you for your time and consideration.

Yours truly

John R Dunmire