D. Carpentry/Maintenance – requires 8,440 hours.
E. Electrician/Maintenance – requires 5,720 hours.
F. Painting/Maintenance – requires 6, 450 hours.
G. Electronics Technician – requires 5,455 hours.
H. Cement Mason – requires 6,000 hours.
I. R/HVAC – requires 6,955 hours.
J. Stained Glass Artist – requires 8,955 hours.
K. Cook/Baker – requires 8,300 hours.

## REGISTRATION FOR COURSES

Inmates should submit to the Education Department an "Inmate Request to Staff" form addressed to the Educational Guidance Counselor for academic programming or the Vocational Guidance Counselor for vocational programming. Specify the level or name of the course you are seeking. A timely response will be returned to the requestor with a date/time for educational/vocational placement testing. Some courses are filled from waiting lists in date order as space becomes available.

## CONSOLIDATED INMATE GRIEVANCE REVIEW SYSTEM

DC-ADM 804, Consolidated Inmate Grievance Review System, is in the Commonwealth of Pennsylvania Inmate Handbook which is provided to you upon your arrival. You, as well as all staff members, are encouraged to try and resolve any differences immediately and on an informal basis, i.e., request slip to department involved, discussion with staff involved, consultation with counselor and unit manager, etc. If you find it necessary to submit a grievance, do so by using the standard inmate complaint form, DC-804, Part I, available on the units. You must correctly complete Section B of the grievance form. **All unit issues must first be addressed to the Unit Manager; Dietary issues must first be addressed to the Food Service Supervisor/Manager; Health Care issues to the CHCA or Nurse Supervisor, etc. Failure to comply will result in the grievance being returned to you.**

If the grievance is accepted, it will be assigned a file number and returned to you as acknowledgment of receipt. If it is not accepted, it will be returned to you with an explanation. An accepted grievance will initially be forwarded to a designated grievance officer, i.e., Unit Manager, Activities Manager, business Manager, Major, etc., along with an informal resolution worksheet. An individual interview will be provided with the staff member assigned to hear your grievance. Your cooperation in trying to resolve the situation is expected. If the grievance cannot be settled, the grievance coordinator will further review and respond accordingly.

## COURSE SCHEDULES

The Education Department operates on a trimester schedule consisting of fifteen (15) weeks of instruction followed by one (1) week of GED testing, and a week of placement testing and course reorganization.

**Trimester I**  Begins in June and ends in October.
**Trimester II**  Begins in October and ends in February.
**Trimester III** Begins in March and ends in June.

The General Education Development (GED) test is administered three (3) times per year:
1. The second week in October.
2. The second week in February.
3. The second week in June.

The majority of classes are offered from 0800 – 1100 AM and 1300 – 1600 hours on a Monday through Friday basis. Evening and/or Saturday hours are scheduled during limited times of the year through special federal and state funding.

## APPRENTICESHIP PROGRAMS

Apprenticeship Programs are available in a number of the vocational trade areas throughout the institution. Applications are limited by the US Department of Labor, Bureau of Apprenticeship and Training. Candidates are screened to determine qualifications by reviewing the following:

A. Work evaluation reports completed by work supervisors.
B. Counselor evaluation reports completed by unit counselors.
C. Unit Officer evaluation reports completed by unit officers.

Candidates must have been employed for at least six (6) months in their related job title and also meet the following qualifications:

A. Be at least eighteen (18) years old.
B. Possess a high school diploma or GED.
C. Have at least eighteen (18) months left before release or parole.
D. Be physically and mentally capable of performing the job duties.

The School Principal and the Vocational Guidance Counselor evaluate each candidate before submitting applications to the Department of Labor and Industry for registration.
Apprenticeship programs at SCI-Albion include the following:

A. Automotive Mechanics – requires 5,600 hours.
B. Automotive Body Repair – requires 8,300 hours.
C. Plumbing – requires 8,640 hours.

35