| DC-ADM 804, Inmate Grievance System<br>DC-804<br>Part 2 | COMMONWEALTH OF PENNSYLVANIA<br>DEPARTMENT OF CORRECTIONS<br>P.O. BOX 598<br>CAMP HILL, PA 17001 | Attachment B |
|---|---|---|
| **OFFICIAL INMATE GRIEVANCE**<br>**INITIAL REVIEW RESPONSE** | | **GRIEVANCE NO. 95849** |

| TO: (Inmate Name & DC No.) | FACILITY | HOUSING LOCATION | GRIEVANCE DATE |
|---|---|---|---|
| DUNMIRE, John  CL-4931 | SCI-ALBION | D/B | 09/15/04 |

The following is a summary of my findings regarding your grievance:

A mistake was made and we offer our apology for any inconvenience that may have been caused by the mistake. As soon as the issue was brought to the attention of senior staff, corrective action was taken to ensure an incident like this does not happen in the future.

We are conducting a fact-finding to pinpoint where communication broke down and the decision was made to conduct the searches in the weight pit.

**RESOLVED:** _____  **DATE:** _____
Inmate Signature

**UNRESOLVED:** _____  **DATE:** _____
Inmate Signature

cc:   Grievance Officer
      Inmate
      DC-15

| Print Name and Title of Grievance Officer | SIGNATURE OF GRIEVANCE OFFICER | DATE |
|---|---|---|
| Mr. Barr, Superintendent's Assistant | Mr Barr | 09/15/04 |