IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DUNMIRE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 05-64 Erie ) |
| CAPT. DEPASQUAL, et al., | ) ) |
| Defendants. | ) |

**MOTION FOR JUDGMENT ON THE PLEADINGS**

AND NOW, come the defendants, DiPasqua, Brooks, Harlow, Giddens, and the Pennsylvania Department of Corrections, by their attorney's, Thomas W. Corbett, Jr., Attorney General, Rodney M. Torbic, Senior Deputy Attorney General, and Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and hereby move to dismiss plaintiff's claims pursuant to Fed.R.Civ.P. 12(c) for the reasons that follow:

1. Plaintiff John Dunmire is a prisoner currently incarcerated at the State Correctional Institution at Albion (SCI-Albion).

2. He has filed a civil rights lawsuit under 42 U.S.C. §1983 alleging that he was strip searched in front of female corrections officers and other inmates in violation of his constitutional rights.

3. The defendants are the following officials and officers from SCI-Albion: Captain DiPasqua, Superintendent Marilyn Brooks, Deputy Superintendent Michael Harlow, and Major Giddens.

4. He seeks compensatory and punitive damages.

5. The complaint fails to state a claim upon which relief can be granted.

6. Dunmire failed to exhaust his administrative remedies prior to filing this lawsuit.

2

7. The amended complaint was not served on the new defendants, Harlow and Giddens.

WHEREFORE, it is respectfully requested that defendants' motion for judgment on the pleadings be granted.

                                              Respectfully submitted,

                                              THOMAS W. CORBETT, JR.
                                              Attorney General

                                              s/Rodney M. Torbic
                                              Rodney M. Torbic

Office of Attorney General                Senior Deputy Attorney General
6th Floor, Manor Complex                 Attorney I.D. No. 66089
564 Forbes Avenue
Pittsburgh, PA 15219                         Susan J. Forney
                                              Chief Deputy Attorney General

Date: November 1, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that on November 1, 2005, I electronically filed the foregoing *Defendants ' Motion for Judgment on the Pleadings* with the Clerk of Court using the CM/ECF system. And I hereby certify that I have mailed the foregoing document by United States Postal Service to the following non CM/ECF participants:

```
JOHN DUNMIRE, CL-4931
SCI Albion
10745 Route 18
Albion, PA 16475-0004
```

                                          By:   /s/ Rodney M. Torbic
                                                      RODNEY M. TORBIC
                                                        Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219