IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DUNMIRE, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 05-64 Erie |
| | ) |
| CAPT. DEPASQUAL, et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005, upon consideration of Defendants' Motion for Judgment on the Pleadings, it is hereby ORDERED that the Motion is GRANTED.

By the Court:

_____
J.