IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DUNMIRE, | : |
|       Plaintiff, | : |
| v. | : Civil Action No. 05-64 |
| | : Judge Sean J. McLaughlin |
| CAPT. DEPASQUAL, et al., | : |
|       Defendants. | : |

## NOTICE OF APPEARANCE

AND NOW, comes the defendants, Captain Depasqual, Pennsylvania Department of Corrections, Marilyn S. Brooks, Major Giddens, and Superintendent Michael Harlow, by their attorneys, Thomas W. Corbett Jr., Attorney General, Mary Lynch Friedline, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submits the following:

1. Please enter the appearance of Mary Lynch Friedline, Senior Deputy Attorney General, for defendants, Captain Depasqual, Pennsylvania Department of Corrections, Marilyn S. Brooks, Major Giddens, and Superintendent Michael Harlow in the above captioned case.

                                                Respectfully submitted:

                                                Thomas W. Corbett, Jr.
                                                Attorney General

                          By:    /s/ Mary Lynch Friedline_____
                                   MARY LYNCH FRIEDLINE
                                   Senior Deputy Attorney General
                                   Attorney I.D. No. 47046
                                   Susan J. Forney
                                   Chief Deputy Attorney General
                                   Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA  15219

February 10, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2006, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system.  This document will be mailed via U.S. mail to the following non CM/ECF participants:

John Dunmire, CL-4931
SCI-Albion
10745 Route 18
Albion, PA 16475-0004

By:   /s/ Mary Lynch Friedline
MARY LYNCH FRIEDLINE
Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219