IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DUNMIRE, | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 05-64 |
| | : Judge Sean J. McLaughlin |
| CAPT. DEPASQUAL, et al., | : |
| **Defendants.** | : |

## MOTION TO WITHDRAW APPEARANCE

AND NOW, come the defendants, Captain Depasqual, Pennsylvania Department of Corrections, Marilyn S. Brooks, Major Giddens, and Superintendent Michael Harlow, by their attorneys, Thomas W. Corbett Jr., Attorney General, Mary Lynch Friedline, Senior Deputy Attorney General, Susan J. Forney, Chief Deputy Attorney General, Chief, Litigation Section, and respectfully submit the following:

1.  Please withdraw the appearance of Rodney M. Torbic, Senior Deputy Attorney General in the above-captioned case.

            Respectfully submitted:

            Thomas W. Corbett, Jr.
            Attorney General

By:   /s/ Mary Lynch Friedline
      MARY LYNCH FRIEDLINE
      Senior Deputy Attorney General
      Attorney I.D. No. 47046
      Susan J. Forney
      Chief Deputy Attorney General
      Litigation Section

Office of Attorney General
6th Fl., Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219

February 10, 2006

# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2006, I electronically filed the foregoing *Motion to Withdraw Appearance* with the Clerk of Court using the CM/ECF system. This document will be mailed via U.S. mail to the following non CM/ECF participants:

John Dunmire, CL-4931
SCI-Albion
10745 Route 18
Albion, PA 16475-0004

                                               By:    /s/ Mary Lynch Friedline
                                                          MARY LYNCH FRIEDLINE
                                                          Senior Deputy Attorney General

Office of Attorney General
564 Forbes Avenue
Manor Complex
Pittsburgh, PA 15219