IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN DUNMIRE, | : |
| **Plaintiff,** | : |
| v. | : Civil Action No. 05-64 |
| | : Judge Sean J. McLaughlin |
| CAPT. DEPASQUAL, et al., | : |
| **Defendants.** | : |

## ORDER OF COURT

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of the foregoing motion, it is hereby ORDERED that the withdrawal of appearance of Rodney M. Torbic, Senior Deputy Attorney General, in the above-captioned case is GRANTED.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN
United States District Court
Western District of Pennsylvania