**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JOHN DUNMIRE,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| **v.** | : **Civil Action No.  05-64** |
| | : **Judge Sean J. McLaughlin** |
| **CAPT. DEPASQUAL, et al.,** | : |
| | : |
| **Defendants.** | : |
| | : |

**<u>ORDER OF COURT</u>**

AND NOW, to-wit, this _____ day of _____ 2006, upon consideration of

the foregoing motion, it is hereby ORDERED that the withdrawal of appearance of Rodney M.

Torbic, Senior Deputy Attorney General, in the above-captioned case is GRANTED.

BY THE COURT:

_____
SEAN J. MCLAUGHLIN
United States District Court
Western District of Pennsylvania