In The United States District Court
Western District of Pensylvania

John Dunmire

v.                                      C.A. NO. 05-64 Erie

Capt. DePasqual, et al

Motion for Extension of Time

AND NOW, Comes the Plaintiff, John Dunmire,
who moves this court to grant A Ten Day
extension of time to file objections to
the Magistrate Judge's report And recommendation
And in support thereof respectfully submits:

1. Since receiving the report and recommendation
Plaintiff has been unable to get to the law
library to work on his objections due to
Prison scheduling. Plaintiff is scheduled to use
the law library on February 23, 2006 And on
that day will be Able to Prepare And research
his objections. Plaintiff Avers that the law
library scheduling is beyond his control.

2. Plaintiff Avers that the defendants will not

be Prejudiced by the granting of an extension of time.

WHEREFORE, Plaintiff Prays this Court to grant a Ten day Extension of time within which to file his objections.

Respectfully Submitted,
S/ John Dunmire,
    John Dunmire,
        Plaintiff
    2-20-06

# Certificate of Service

I, John Dunmire do hereby certify that I have served a true and correct copy of the foregoing by placing same in the US Mail, 1st Class Postage Paid, addressed as follows:

Mary Lynch Friedline, Esq.
564 Forbes Ave. 6th Fl.
Pittsburgh, PA  15219

2-20-06

S/ John Dunmire, Plaintiff
John Dunmire, CC-4931
10945 Rt. 18
Albion, PA. 16475-0002