# In The United States District Court
## Western District of Pennsylvania

John Dunmire

    v.                                C.A. No. 05-64 Erie

Capt. DePasqual, et al

## Motion for Extension of Time

AND NOW, Comes the Plaintiff, John Dunmire, who moves this court to grant a Ten Day extension of time to file objections to the Magistrate Judge's report and recommendation and in support thereof respectfully submits:

1. Since receiving the report and recommendation Plaintiff has been unable to get to the law library to work on his objections due to Prison scheduling. Plaintiff is scheduled to use the law library on February 23, 2006 and on that day will be able to prepare and research his objections. Plaintiff Avers that the law library scheduling is beyond his control.

2. Plaintiff Avers that the defendants will not

be prejudiced by the granting of an extension of time.

WHEREFORE, Plaintiff Prays this Court to grant a Ten day Extension of time within which to file his objections.

Respectfully Submitted,
S/ John Dunmire,
John Dunmire,
Plaintiff
2-20-06

Certificate of Service

I, John Dunmire do hereby certify that I have served a true and correct copy of the foregoing by placing same in the US Mail, 1st Class Postage Paid, Addressed as follows:

    Mary Lynch Friedline, ESQ.
    564 Forbes Ave. 6th Fl.
    Pittsburgh, PA 15219

    2-20-06
    S/ John Dunmire, Plaintiff
    John Dunmire, CL-4931
    10945 Rt. 18
    Albion, PA. 16475-0002